UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-61316-CIV-Cohn/Seltzer

## MEDIATION REPORT

MARIE JOSE HENRY,

    Plaintiff(s),

vs

BANK OF AMERICA, N.A. et al,

    Defendant(s).
_____/

The undersigned, John W. Salmon, Certified Mediator from Salmon & Dulberg Dispute Resolution, hereby reports to the Court that a mediation conference in this cause was held on: October 30, 2014. The results of the mediation conference are as follows:

✓    All required parties were present or

___ The following required parties were not present: _____

_____

✓    An agreement was reached. ~~Settlement Agreement Attached.~~

___ A confidential settlement agreement was reached.

___ No agreement was reached.

___ The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

___ The parties have agreed to continue negotiating with the assistance of the mediator. If no further Report of Mediator is filed on or before _____, the Court shall presume that an Impasse has occurred.

___ Other: _____

Respectfully Submitted:

_____
John W. Salmon, Esq.
Florida Bar No.: 271756
Salmon & Dulberg Dispute Resolution
Biscayne Building, Suite 620
19 West Flagler Street
Miami, Florida 33130
Telephone: (305) 371-5490
Fax: (305) 371-5492

Copies furnished to: Counsel